

07/12/2019

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

IN RE:
Ricky Elebee
5015 Courtside Dr. #175
Irving, TX 75038
SSN: XXX-XX-0468
Debtor

Case No. 19-41185 btr
Chapter: 13

Lynn Renee Elebee
5015 Courtside Dr. #175
Irving, TX 75038
SSN: XXX-XX-0749
Joint Debtor

## ORDER STRIKING DEFICIENT PROOF OF CLAIM FROM CLAIMS REGISTRY

**ON June 27, 2019**, this Court issued a Notice of Intent to Strike Deficient Proof of Claim From Claims Registry in which the Court directed that, in the absence of the filing of an amended proof of claim by Intercoastal Financial, LLC within a period of fourteen (14) days from the Notice, that cures fundamental deficiencies in Claim No. 11 and that substantially complies with the requirements of 11 U.S.C. §501(a), Fed. R. Bankr. P. 3002(a), and Official Form B410, the above-referenced proof of claim filed on June 24, 2019 would be stricken without further notice or hearing. The Court finds that no amended proof of claim has been filed in compliance with the Court's order. Accordingly, the Court finds that just cause exists for entry of the following order.

**IT IS THEREFORE ORDERED** that Claim No. 11 filed by Intercoastal Financial, LLC on June 24, 2019 is hereby declared **NULL** and **VOID** and is hereby **STRICKEN** from the claims registry of the above-referenced case for its failure to fulfill the fundamental requirements for a proof of claim under 11 U.S.C. §501(a), Fed. R. Bankr. P. 3002(a) and/or Official Form B410.

Signed on 07/12/2019

_Brenda T. Rhoades_  SD
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE